| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2014 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>ROSENTHAL, LEE H. | 2. Court or Organization<br><br>U.S.D.C.-S.D.TX | 3. Date of Report<br><br>08/12/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S.DISTRICT JUDGE-ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b.   ☐   Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |
| 7. Chambers or Office Address<br><br>515 RUSK<br>ROOM 11535<br>HOUSTON, TEXAS 77002 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. MEMBER, BOARD OF TRUSTEES | THE KINKAID SCHOOL |
| 2. MEMBER, BOARD OF OVERSEERS | THE RAND INSTITUTE FOR CIVIL JUSTICE |
| 3. MEMBER, BOARD OF TRUSTEES | RICE UNIVERSITY |
| 4. MEMBER, BOARD OF TRUSTEES | CENTER FOR AMERICAN AND INTERNATIONAL LAW |
| 5. MEMBER, ADVISORY BOARD | INSTITUTE FOR THE ADVANCEMENT OF THE AMERICAN LEGAL SYSTEM |
| 6. MEMBER, BOARD OF VISITORS | DUKE UNIVERSITY SCHOOL OF LAW |
| 7. MEMBER, EXECUTIVE COMMITTEE, COUNCIL | AMERICAN LAW INSTITUTE |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014 | National Board of Bar Examiners | $7,000.00 |
| 2. 2014 | LSU Foundation | $9,165.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | ▨: DIRECTOR'S FEES |
| 2. 2014 | ▨ PARTNER DISTRIBUTION |
| 3. 2014 | ▨ DIRECTOR'S FEES |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | LOUISIANA STATE UNIVERSITY | JANUARY 5-9, 2014 | BATON ROUGE, LA | FACULTY, LSU APPRENTICESHIP PROGRAM | AIRFARE, LODGING, MEALS AND TRANSPORTATION |
| 2. | AMERICAN LAW INSTITUTE | JANUARY 15-17, 2014 | PHILADELPHIA, PA | ATTEND COUNCIL MEETING | AIRFARE, LODGING, MEALS AND TRANSPORTATION |
| 3. | GEORGE WASHINGTON LAW SCHOOL | JANUARY 22-24, 2014 | WASHINGTON, DC | JUDGE, MOOT COURT COMPETITION | AIRFARE, LODGING, MEALS AND TRANSPORTATION |
| 4. | UNIVERSITY OF TEXAS LAW SCHOOL | FEBRUARY 17, 2014 | AUSTIN, TX | SPEAKER, BRADFORD SOCIETY MEETING | AIRFARE AND TRANSPORTATION |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENTHAL, LEE H. | 08/05/2015 |

| | | | | |
|---|---|---|---|---|
| 5. | UNIVERSITY OF LOUISIANA SCHOOL OF LAW | MARCH 6-7, 2014 | BATON ROUGE, LA | PANELIST, REVIEW SYMPOSIUM | AIRFARE, LODGING, MEALS AND TRANSPORTATION |
| 6. | NEW YORK UNIVERSITY | MARCH 20-21, 2014 | NEW YORK, NY | SPEAKER | AIRFARE, LODGING AND TRANSPORTATION |
| 7. | LEWIS & CLARK LAW SCHOOL | APRIL 9-10, 2014 | PORTLAND, OR | PANELIST, CONFERENCE | AIRFARE, LODGING, MEALS, TRANSPORTATION AND MISC |
| 8. | IAALS, UNIVERSITY OF DENVER | APRIL 24-25, 2014 | DENVER, CO | IAALS BOARD OF DIRECTORS MEETING | AIRFARE, LODGING, MEALS AND TRANSPORTATION |
| 9. | NATIONAL CONFERENCE OF BAR EXAMINERS | MAY 8-11, 2014 | MADISON, WI | ATTEND BAR EXAM COMMISSION MEETING | AIRFARE, LODGING, MEALS AND TRANSPORTATION |
| 10. | DUKE LAW SCHOOL | MAY 22-23, 2014 | DURHAM, NC | FACULTY AT DUKE JUDICIAL STUDIES | AIRFARE, LODGING, MEALS AND TRANSPORTATION |
| 11. | DUKE LAW SCHOOL | MAY 29-30, 2014 | DURHAM, NC | FACULTY AT DUKE JUDICIAL STUDIES | AIRFARE, LODGING, MEALS AND TRANSPORTATION |
| 12. | DUKE LAW SCHOOL | JUNE 5-6, 2014 | DURHAM, NC | FACULTY AT DUKE JUDICIAL STUDIES | AIRFARE, LODGING, MEALS AND TRANSPORTATION |
| 13. | DUKE LAW SCHOOL | JUNE 12-13, 2014 | DURHAM, NC | FACULTY AT DUKE JUDICIAL STUDIES | AIRFARE, LODGING, MEALS AND TRANSPORTATION |
| 14. | AMERICAN LAW INSTITUTE | SEPTEMBER 10-12, 2014 | CHICAGO, IL | ALI EXECUTIVE COMMITTEE RETREAT | AIRFARE, LODGING, MEALS AND TRANSPORTATION |
| 15. | AMERICAN LAW INSTITUTE | OCTOBER 14-19, 2014 | NEW YORK, NY | ALI COUNCIL MEETING | AIRFARE, LODGING, MEALS AND TRANSPORTATION |
| 16. | UNIVERSITY OF TEXAS LAW SCHOOL | OCTOBER 23, 2014 | AUSTIN, TX | UT BRADFORD SOCIETY TALK | AIRFARE, MEALS AND TRANSPORTATION |
| 17. | SYRACUSE LAW SCHOOL | OCTOBER 27-28, 2014 | SYRACUSE, NY | LAW SCHOOL LECTURE | AIRFARE, LODGING, MEALS AND TRANSPORTATION |
| 18. | NATIONAL CONFERENCE OF BAR EXAMINERS | OCTOBER 30-NOVEMBER 2, 2014 | CHARLESTON, SC | ATTEND BAR EXAM COMMISSION MEETING | AIRFARE, LODGING, MEALS AND TRANSPORTATION |
| 19. | YALE LAW SCHOOL | NOVEMBER 2-3, 2014 | CAMBRIDGE, MA | YALE CLASS TALK | AIRFARE, LODGING, MEALS AND TRANSPORTATION |
| 20. | NYU LAW SCHOOL | NOVEMBER 6-8, 2014 | NEW YORK, NY | NYU CENTER FOR CIVIL JUSTICE FALL CONFERENCE | AIRFARE, LODGING, MEALS AND TRANSPORTATION |
| 21. | CORNELL LAW SCHOOL | NOVEMBER 20-22, 2014 | ITHACA, NY | CORNELL LAW SCHOOL EMPLOYMENT LAW SYMPOSIUM | AIRFARE, LODGING, MEALS AND TRANSPORTATION |
| 22. | | | | | |
| 23. | | | | | |
| 24. | | | | | |
| 25. | | | | | |
| 26. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENTHAL, LEE H. | 08/05/2015 |

27.

28.

29.

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENTHAL, LEE H. | 08/05/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✓ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 8/12/2015 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Arkansas St College 0.00% due 6/1/15 | | None | N | T | | | | | |
| Austin TX Wtr 5.00% due 5/15/35 | D | int | N | T | | | | | |
| Azle TX ISD 0.00% due 2/15/14 | | None | | | redeemed | 1/2 | N | G | |
| Bexar Cty, TX GO 5.25% due 6/15/23 | D | int | N | T | | | | | |
| Brazos Cty, TX 5.00% due 9/1/25 | D | int | N | T | | | | | |
| Chicago Brd Ed 0.00% due 12/1/19 | | None | L | T | | | | | |
| College Station ISD 4.6250% due 9/15/20 | D | int | M | T | | | | | |
| Denton, TX ISD 0.00% due 8/15/23 | | None | N | T | | | | | |
| District Columbia 5.00% due 6/1/17 | E | int | N | T | | | | | |
| Ft. Bend TX ISD 0.00% due 8/15/15 | | None | M | T | | | | | |
| Grand Prairie, TX ISD 0.00% due 8/15/33 | | None | N | T | | | | | |
| Grapevine-Colleyville ISD 0.00% due 8/15/23 | | None | M | T | | | | | |
| Harris Cty, TX, 5.75% due 10/1/14 | D | int | | | redeemed | 10/1 | N | | |
| Harris Cty, TX, 5.00% due 10/1/19 | D | int | N | T | | | | | |
| Harris Cty, TX, 5.75% due 10/1/20 | D | int | M | T | | | | | |
| Houston, TX ISD 5.00% due 2/15/22 | D | int | M | T | | | | | |
| Houston, TX Pub Impt 5.375% due 3/1/15 | B | int | | | redeemed | 2/18 | L | | |

1 Income/Gain Codes:  A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=More than $5,000,000
2 Value Codes:  J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more
3 Value Method Codes:  Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page 19.

6

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 8/12/2015 |

VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemp-tion) | (2) Date: Month-Day (2) | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Houston, TX Pub Impt 5.00% due 3/1/20 | E | int | N | T | | | | | |
| Laredo TX ISD 0.00% due 08/01/23 | | None | M | T | | | | | |
| Leander TX ISD 0.00% due 8/15/20 | | None | N | T | | | | | |
| Leander TX ISD 0.00% due 8/15/21 | | None | M | T | | | | | |
| Leander TX ISD 0.00% due 8/15/22 | | None | | | redeemed | 8/15 | M | F | |
| Leander TX ISD 0.00% due 8/15/23 | | None | N | T | | | | | |
| Lewisville TX ISD 0.00% due 8/15/21 | | None | O | T | | | | | |
| Mesquite TX ISD 0.00% due 8/15/32 | | None | N | T | | | | | |
| Midlothian TX ISD 0.00% due 2/15/22 | | None | | | redeemed | 2/18 | N | F | |
| Northwest, TX ISD 5.00% due 2/15/16 | D | int | M | T | | | | | |
| Richmond Co., GA Dev 6.375% due 12/01/21 | | None | L | G | buy | 1/10 | L | | |
| Royse City, TX ISD 0.00% due 8/15/25 | | None | N | T | | | | | |
| Schertz-Cibolo-Unvl City, TX 0.00% due 2/1/24 | | None | N | T | | | | | |
| Schertz-Cibolo-Unvl City, TX 0.00% due 2/1/25 | | None | N | T | | | | | |
| Snohomish Cty WA ISD 5.25% due 12/1/24 | D | int | M | T | | | | | |
| St of Illinois 5.00% due 6/1/22 | D | int | M | T | | | | | |
| St of Washington BO 0.00% due 12/01/21 | | None | O | T | | | | | |
| | | | | | | | | | |

1 Income/Gain Codes:  A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000;
   H2=More than $5,000,000
2 Value Codes:  J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000;
   P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more
3 Value Method Codes:  Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page 19.

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Lee H. Rosenthal | 8/12/2015 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemption) | (2) Date: Month-Day (2) | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Texarkana, TX ISD 0.00% due 2/15/26 | | None | M | T | | | | | |
| TX Water Dev 5.00% due 10/1/23 | C | int | | | redeemed | 1/21 | M | B | |
| University TX Univ 5.25% due 7/1/21 | E | int | N | T | | | | | |
| University TX Univ 4.50% due 7/1/33 | D | int | | | redeemed | 7/1 | M | | |
| Wylie, TX ISD 0.00% due 8/15/17 | | None | | | redeemed | 8/15 | M | A | |
| Wylie, TX ISD 0.00% due 8/15/19 | | None | N | T | | | | | |
| Wylie, TX ISD 0.00% due 8/15/23 | | None | N | T | | | | | |
| JPM Chase-Checking | | None | J | T | | | | | |
| HSA Bank | A | int | K | T | | | | | |
| Merrill Lynch (SP) | A | int | K | T | | | | | |
| Ally Bank | C | int | P1 | T | | | | | |
| American Express Bank, FSB | E | int | P1 | T | | | | | |
| AIF V Private Investors LLC | | (1) | K | U(1) | sell | (1) | J | | |
| AIF VI Private Investors LLC | | (1) | N | U(1) | sell | (1) | M | | |
| AIF VII Private Investors LLC | | (1) | N | U(1) | sell | (1) | M | | |
| APAX Europe VII Private Investors, LLC | | (1)(a) | (1)(a) | (1)(a) | | | | | |
| Atlantic Trust Company, N.A. | A | div | K | T | | | | | |
| | | | | | | | | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=More than $5,000,000

2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more

3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated

See explanatory footnotes on page 19.

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Lee H. Rosenthal | 8/12/2015 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemp- tion) | (2) Date: Month- Day (2) | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| BRKB-Common | | None | O | T | | | | | |
| Black Stone Minerals Company, LP | | (1) | O | U(1) | sell | (1) | N | | |
| Arrowhead Research Corp | | None | (11) | (11) | | | | | |
| Brand Group Holdings, Inc.-Common | | None | M | U | | | | | |
| Carlyle Asia Partners II | | (1) | N | U(1) | sell | (1) | K | | |
| Carlyle Japan International Partners II, L.P. | | (1) | L | U(1) | sell | (1) | K | | |
| CIT Bank | E | div | P1 | T | | | | | |
| CIE-Common | | None | | | sell | 12/15 | K | | |
| CJIP II Limited, L.P. | | (1) | K | U(1) | sell | (1) | J | | |
| CD&R Fund VII Private Investors, LLC | | (1) | N | U(1) | sell | (1) | M | | |
| ▒▒▒ Restricted Stock | | None | (9) | (9) | grant | 4/15 | M | | |
| ▒▒▒-Common | D | div | M | T | spin-off | 6/2 | P1 | | Spin-off from Oil States International |
| | | | | | buy (add'l) | 9/30 | L | | |
| Emerald Marina Bay | | (1) | M | U(1) | | | | | |
| Emerald Cambridge | | (1) | J | U(1) | | | | | |
| Emerald Marina Cove | | (1) | J | U(1) | | | | | |
| Emerald Marina Shores | | (1) | J | U(1) | | | | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=More than $5,000,000

2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4=$50,000,000 or more

3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated

See explanatory footnotes on page 19.

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemp-tion) | (2) Date: Month-Day (2) | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Encino Energy, LLC | | (1) | N | U(1) | buy | (1) | K | | |
| Energy Capital Investors Fund, LLC | | (1) | J | U(1) | sell | (1) | J | | |
| FDC Group McKinney, Ltd | | (1) | J | U(1) | sell | (1) | K | | |
| FDC Group Crawford, Ltd. | | (1) | M | U(1) | | | | | |
| FDC Group Dunlavy, Ltd. | | (1) | M | U(1) | | | | | |
| FDC Group Wilcrest, Ltd. | | (1) | K | U(1) | | | | | |
| FDC Group Yorktown, Ltd. | | (1) | M | U(1) | | | | | |
| FDC Group Waugh, Ltd. | | (1) | M | U(1) | buy | (1) | M | | |
| FPA Crescent-Mutual Fund | E | div/int | O | T | buy (add'l) | 6/9 | L | | |
| Goldman Sachs Bank | A | int/div | M | T | | | | | |
| Goldman Sachs Mt. Kellett | | (1) (a) | (1) (a) | (1) (a) | | | | | |
| Goldman Sachs Mt. Kellett II | | (1) (a) | (1) (a) | (1) (a) | | | | | |
| Great Northern Midstream, LLC | | (1) | M | U(1) | sell | (1) | K | | |
| Hawkins Investment Partnership | | (1) | P2 | U(1) | | | | | |
| IShares Core High Dividend-ETF | D | int/div | N | T | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000;
  H2=More than $5,000,000
2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000;
  P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more
3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page 19.

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 8/12/2015 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemption) | (2) Date: Month-Day (2) | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ▓▓▓▓▓▓ | | (1) | J | U(1) | buy (add'l) | 6/30 | J | | |
| | | | | | buy (add'l) | 12/10 | K | | |
| HMTF Fund IV | | (1) | K | U(1) | | | | | |
| HydroEx Acquisition, LLC | | None | | | exchange | 9/23 | M | G | company sold and investment exchanged to Vac One LLC (14) |
| HydroEx Acquisition, LLC - Note Receivable | J | int | K | T | note | 9/23 | K | | |
| IShares Global Energy-ETF | E | div | O | T | | | | | |
| IShares US Consumer Goods-ETF | E | div | P1 | T | | | | | |
| JPMorgan Chase Investment Account | A | int | M | T | | | | | |
| KKR 2006 Private Investors, LLC | | (1) (a) | (1) (a) | (1) (a) | | | | | |
| KMI-Common | E | div | P1 | T | | | | | |
| Merrill Lynch (CMA) | B | int/div | P1 | T | | | | | |
| ▓▓ Common | B | int/div | | | partial sale | 11/6 | K | D | |
| | | | | | partial sale | 11/10 | K | E | |
| | | | | | partial sale | 11/11 | K | D | |
| | | | | | partial sale | 11/13 | J | D | |
| | | | | | partial sale | 12/5 | J | B | |
| | | | | | sell | 12/15 | J | A | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=More than $5,000,000

2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more

3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated

See explanatory footnotes on page 19.

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 8/12/2015 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemption) | (2) Date: Month-Day (2) | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Oaktree Capital Group LLC | E | int/div | O | T | partial buy | 5/5 | M | | |
| | | | | | partial buy | 6/6 | M | | |
| ▮ Restricted Stock | | None | (9) | (9) | | | | | |
| ▮ Common | | None | P1 | T | spin-off | 6/2 | P1 | | Spin-off to CVEO |
| Pearl Midtown, LLC | | (1) | M | U(1) | | | | | |
| Pearl CityCenter, LLC | | (1) | M | U(1) | buy | (1) | M | | |
| Platform Partners, LLC | | (1) | O | U(1) | sell | (1) | N | | |
| SCF-V, L.P. | | (1) | K | U(1) | sell | (1) | M | | |
| SCF-VI, L.P. | | (1) | M | U(1) | sell | (1) | L | | |
| SCF-VII, L.P. | | (1) | N | U(1) | sell | (1) | L | | |
| SCF-VII (AIV), L.P. | | (1) | K | U(1) | buy | (1) | K | | |
| SCF-VIII, L.P. | | (1) | L | U(1) | | | | | |
| Seminole | | (1) (a) | (1) (a) | (1) (a) | | | | | |
| SJKI-Common | | None | L | T | | | | | |
| SRE Properties, LP | | (1) | J | (1) | sell | (1) | J | | |
| ▮ LP | | (1) | L | U(1) | sell | (1) | L | | |
| ▮ LLC | | (1) | J | U(1) | sell | (1) | J | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=More than $5,000,000
2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more
3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page 19.

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 8/12/2015 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemp-tion) | (2) Date: Month-Day (2) | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| LLC X | | (1) | J | U(1) | | | | | |
| | | (1) | J | U(1) | | | | | |
| LP | | (1) | O | U(1) | sell | (1) | O | | |
| , LP (13) | | (1) | L | U(1) | sell | (1) | J | | |
| (13) | | (1) | J | U(1) | sell | (1) | J | | |
| LP | | (1) | M | U(1) | sell | (1) | P1 | | |
| LP (13) | | (1) | P1 | U(1) | buy | (1) | M | | |
| 13) | | (1) | P1 | U(1) | buy | (1) | K | | |
| (AIV), L.P. (13) | | (1) | L | U(1) | | | | | |
| (AIV GP), L.P. | | (1) | O | U(1) | buy | (1) | J | | |
| (13) | | | | | | | | | |
| Panolam | | (1) | J | U(1) | | | | | |
| CST Industries | | (1) | L | U(1) | | | | | |
| Universal Fibers | | (1) | N | U(1) | | | | | |
| | | (1) | J | U(1) | | | | | |
| | | (1) | M | U(1) | | | | | |
| | | (1) | K | U(1) | | | | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=More than $5,000,000

2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more

3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated

See explanatory footnotes on page 19.

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Lee H. Rosenthal | 8/12/2015 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemp-tion) | (2) Date: Month-Day (2) | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Saxco | | (1) | N | U(1) | | | | | |
| Stackpole | | (1) | L | U(1) | | | | | |
| Liqui-Box | | (1) | M | U(1) | | | | | |
| Dexter | | (1) | N | U(1) | | | | | |
| SafeFleet | | (1) | N | U(1) | buy (part) | 7/25 | K | | |
| | | | | | buy (part) | 8/29 | K | | |
| American Bath | | (1) | M | U(1) | buy | 7/25 | M | | |
| Roberts Gordon | | (1) | L | U(1) | buy | 6/18 | L | | |
| 401(k): | A | div/int | M | T | | | | | |
| CapStreet II, LP | | (1) | | | final sell | (1) | J | | |
| CapStreet Parallel II, LP | | (1) | | | final sell | (1) | J | | |
| JP Morgan Chase-Checking | | None | J | T | | | | | |
| JP Morgan Chase-Checking-S | | None | J | T | | | | | |
| TROW-Common | D | div | N | T | | | | | |
| Vac One, LLC | | (1) (a) | (1) (a) | (1) (a) | exchange | 9/23 | M | | company purchased and investment exchanged from HydroEx Acquisition, LLC |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000;
  H2=More than $5,000,000
2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000;
  P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more
3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page 19.

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Lee H. Rosenthal | 8/12/2015 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemption) | (2) Date: Month-Day (2) | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Vanguard Tax-Exempt M/M-Mutual Fund | A | div/int | N | T | | | | | |
| Vanguard Admiral Fund Treasury M/M-Mutual Fund | A | div/int | J | T | | | | | |
| WLR Recovery IV Investors, LLC | | (1) | L | U(1) | sell | (1) | L | | |
| Consumer Staples Select Sector SPDR-ETF | E | div | O | T | | | | | |
| Xapp Media | | None | (11) | (11) | buy | 10/20 | K | | |
| Zinc Oxide LLC | | None | L | U(1) | | | | | |
| Certain LLC 1/18 | | (1) | J | U(1) | sell | (1) | J | | |
| Certain Limited Partners 1/39 | | (1) | K | U(1) | sell | (1) | J | | |
| Certain Limited Partners 2/54 | | | | | | | | | |
| - Elliott Associates, L.P. | | (1) | P2 | U(1) | buy | (1) | M | | |
| - West Cam, L.P. | | (1) | K | U(1) | sell | (1) | L | | |
| - MP GEO, LLC | | (1) | J | U(1) | sell | (1) | K | | |
| - Midland Basin GEO, LLC | | (1) | J | U(1) | | | | | |
| - Gamma Geo | | (1) | K | U(1) | sell | (1) | L | | |
| - Flex Waz | | (1) | M | U(1) | buy | (1) | J | | |
| Certain LLC 2/54 (1% owner in 2/54 LP) | | (1) | J | U(1) | buy | (1) | J | | |
| | | | | | | | | | |
| | | | | | | | | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000;
   H2=More than $5,000,000
2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000;
   P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more
3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page 19.

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 8/12/2015 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60of Instructions).

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code 1<br>(A-H) | (2)<br>Type<br>(e.g.,<br>div.,<br>rent or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type<br>(e.g.<br>buy,sell<br>merger,<br>redemp-<br>tion) | (2)<br>Date:<br>Month-<br>Day<br>(2) | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| IRA #1 (2) | A | div/int | P1 | T/U | | | | | |
| US Treasury Zero% Obligations | | | | | | | | | |
| Merrill Lynch Cash | | | | | | | | | |
| Vanguard Admiral Fund Treasury M/M-Mutual Fund | | | | | | | | | |
| Vanguard Prime M/M-Mutual Fund | | | | | buy | 9/18 | O | | |
| Vanguard 500 Index Fund | | | | | buy | 9/30 | N | | |
| Vanguard S&P 500 Index ETF | | | | | buy | 9/22 | M | | |
| | | | | | partial buy | 9/23 | M | | |
| IRA #2 (2) | F | div/int | P2 | T/U | | | | | |
| Merrill Lynch Cash | | | | | | | | | |
| US Treas 2.375% due 11/15/17 | | | | | | | | | |
| CIE-Common | | | | | sell | 11/12 | M | | |
| Fairholme-Mutual Fund | | | | | | | | | |
| FPA Crescent-Mutual Fund | | | | | partial buy | 4/29 | L | | |
| Goldman Sachs Bank | | | | | | | | | |
| Goldman Sachs Liberty Harbor | | | | | | | | | |
| Hawkins Investment Partnership, L.P. | | | | | sell | (1) | P1 | | |
| | | | | | | | | | |

1  Income/Gain Codes:  A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000;
 H2=More than $5,000,000
2  Value Codes:  J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000;
 P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more
3  Value Method Codes:  Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page 19.

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 8/12/2015 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemption) | (2) Date: Month-Day (2) | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| IShares Core High Dividend-ETF | | | | | | | | | |
| SJKI-Common Stock | | | | | | | | | |
| Vanguard Admiral Fund Treasury M/M-Mutual Fund | | | | | | | | | |
| Vanguard Prime M/M-Mutual Fund | | | | | | | | | |
| Vanguard Tax-Exempt M/M-Mutual Fund | | | | | | | | | |
| Vanguard 500 Index Fund | | | | | buy | 1/24 | L | | |
| | | | | | partial buy | 4/7 | L | | |
| | | | | | partial buy | 4/29 | M | | |
| Vanguard S&P 500 Index ETF | | | | | buy | 9/18 | M | | |
| | | | | | partial buy | 11/7 | N | | |
| | | | | | partial buy | 11/12 | N | | |
| | | | | | partial buy | 12/2 | O | | |
| | | | | | partial buy | 12/3 | N | | |
| *#2 Trust (R8) (2)* | E | div/int | P1 | T | | | | | |
| - Merrill Lynch Reserves | | | | | | | | | |
| - IShares US Consumer Goods - ETF | | | | | | | | | |
| - Vanguard Tax-Managed Capital Appreciation-Mutual Fund | | | | | | | | | |
| | | | | | | | | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=More than $5,000,000

2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more

3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated

See explanatory footnotes on page 19.

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 8/12/2015 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60of Instructions).

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code 1<br>(A-H) | (2)<br>Type<br>(e.g., div., rent or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type<br>(e.g. buy,sell merger, redemp-tion) | (2)<br>Date:<br>Month-Day<br>(2) | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| - Vanguard Admiral Fund Treasury-Mutual Fund | | | | | | | | | |
| - Vanguard Tax-Exempt M/M-Mutual Fund | | | | | | | | | |
| Certain Limited Partners 2/54 | | | | | | | | | |
| - Elliott Associates, L.P. | | | (1) | P1 | U(1) | buy | (1) | K | |
| #3 Trust (H8) (2) | D | div/int | O | T | | | | | |
| - Merrill Lynch Reserves | | | | | | | | | |
| - Consumer Staples Select Sector SPDR-ETF | | | | | | | | | |
| - Vanguard Tax-Managed Capital Appreciation-Mutual Fund | | | | | | | | | |
| - Vanguard Admiral Fund Treasury M/M-Mutual Fund | | | | | | | | | |
| - Vanguard Tax-Exempt M/M-Mutual Fund | | | | | | | | | |
| U.S. Savings Bonds (3) | Y | | | | | | | | |
| Vanguard Admiral Fund Treasury M/M-Mutual Fund #1 | Y | | | | | | | | |
| Vanguard Tax-Exempt M/M-Mutual Fund #1 | Y | | | | | | | | |
| ML Reserves #1 | Y | | | | | | | | |
| | | | | | | | | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000;
 H2=More than $5,000,000
2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000;
 P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more
3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page 19.

(1)  Private entities including private company investment partnerships. For private entities, valuation is based on net book value. For such entities, valuation (Column C(2)) is based on capital account as set forth on form K-1 and income and gain is included (to the extent distributed) in net cash paid or received (as described below) under Column D(3) and not in Column B and/or Column D(4). Where filer is a passive owner with no control over investments or timing of calls or distributions, such cash distributions and calls are set forth in Column D(3) as a net aggregate amount for the reporting period. "Buy" indicates net cash paid into the entity and "sell" indicates net cash paid by entity to filer. Sale by filer of an interest in any such entity is treated as part of the net cash transferred per the immediately preceding sentence with any proceeds from such sale being added to such net cash amount (as opposed to any D(4) calculation).

   (1) (a) In connection with Footnote (1) private company investment partnerships, in absence of receipt of K-1 by filer by filing date, no information is provided as to income, gross value or transaction values.

(2)  Amounts indicated are aggregate net amounts for entire beneficial interest of trust or IRA.

(3)  U.S. Savings Bonds are valued at stated face value of bonds.

(4)  Purchase and sale price of regular interest paying bonds excludes accrued interest. Interest income on regular interest paying bonds excludes accrued interest bought or sold. Gain indicated on redeemed bonds represents only the redemption amount (and premium, if any) in excess of principal amount. Bond premium or discount at purchase is assumed to be fully amortized for purposes of calculating gain or loss on sale, redemption or maturity on regular interest paying bonds, and such amortization does not affect interest reported annually.

(5)  No interest income is included in Interest Income Column B(1) on zero coupon bonds. Total to date accreted interest for zero coupon bonds is included in Value Column C(1). On maturity of zero coupon bonds, total accreted interest is included in Value Column D(3). On maturity, redemption, or sale of zero coupon bonds, Value Column D(3) is the maturity value, redemption price, or sales price and Gain Column D(4) reflects the difference between the maturity value, redemption price, or sales price and the original cost.

(6)  All mutual fund reinvested dividends, interest and capital gains are not separately shown as new purchases, but are included in the end of period (ColumnC(2)) values. All unreinvested distributions from mutual funds (dividends, interest and capital gains) are included in Column B(1). Money market mutual funds set forth aggregate dividend/interest paid for year and end of year value only.

(7)     Municipal and U.S. Treasury bond values reflected in Value Column C(2) are based on market value.

(8)     No transaction value or gain or loss is reported on non-taxable exchanges of one security for another or spin-offs of securities or stock dividends. If publicly traded, the value as of the date of the transaction when such security is received is reflected in Column C(1) Gross Value. In instances noted in first sentence, any gain is reported only when the new security is sold.

(9)     Restricted stock is not valued during restriction period. After restrictions lapse, restricted stock is reflected as owned shares. In the case of CVEO, the restricted stock did not vest and has a value of zero.

(10)    Oil and Gas interests – value not known to filer.

(11)    Private company – value not known to filer.

(12)    Inadvertently omitted in prior year report.

(13)    Amounts for each company aggregate values for the direct ownership of each entity as well as indirectly through other Sterling group entities.

(14)    Capital gain on the transaction was paid in the form of cash and a note payable to

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENTHAL, LEE H. | 08/05/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ LEE H. ROSENTHAL

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544